# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ACCELERATED COLLECTION SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDRA L. HAUSE, et al., <br><br> Defendants. | CASE NO. C17-1473JLR <br><br> SHOW CAUSE MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by December 22, 2017, why this action should not be dismissed for failing to comply with Order requiring Status Report signed October 26, 2017 and due November 30, 2017. Absent a timely response to this Order,

//

//

the action SHALL BE DISMISSED without prejudice.

Filed and entered this 14th day of December, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2