UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ACCELERATED COLLECTION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SANDRA L. HAUSE, et al., <br><br> Defendants. | CASE NO. C17-1473JLR <br><br> ORDER OF DISMISSAL |

The Status Report in this case was due no later than November 30, 2017 (10/26/17 Order (Dkt. # 7)), but the parties failed to file their joint Status Report by that deadline (*see* Dkt.). On December 14, 2017, the court ordered the parties to show cause by December 22, 2017, why this action should not be dismissed for failure to comply with the court's order. (12/14/17 Min. Order (Dkt. # 9) at 1-2.) The court cautioned the parties that failure to timely respond would result in dismissal without prejudice. (*Id.*) The December 22, 2017, deadline has since passed, and the parties have not responded to

ORDER - 1

the court's order or otherwise filed anything on the docket.  (*See* Dkt.)  Accordingly, the court DISMISSES this matter without prejudice for failure to prosecute.  *See In re Donovan*, 871 F.2d 807, 808-09 (9th Cir. 1989); Fed. R. Civ. P. 41(b).

Dated this 5th day of January, 2018.

JAMES L. ROBART
United States District Judge